**Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 21, 2021.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-21-00334-CV**
**NO. 14-21-00335-CV**

**IN RE NESTLE WATER NORTH AMERICA, INC., AND ROBERT LEE SEWELL, SR., Relators**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 4**
**Harris County, Texas**
**Trial Court Cause No. 476,731-401 & Cause No. 476,827-401**

## MEMORANDUM OPINION

On June 17, 2021, relators Nestle Water North America, Inc., and Robert Lee Sewell, Sr. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable James Horwitz, presiding judge of the Probate Court No. 4 of Harris County, to set aside the June 11, 2021, Order to Produce

Records in Response to Deposition by Written Questions after *In Camera* Inspection.  Relators claim the trial court abused its discretion in ordering production of relator Robert Lee Sewell, Sr.'s medical records.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Poissant.